## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| Actuarial Holdings, LLC | ) | |
| | ) | Case No. 09 B 16464 |
| | ) | |
| | ) | Hon. Eugene B. Wedoff |
| **Debtor** | ) | Bankruptcy Judge |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES DAVID R. HERZOG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,879.81 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $11,298.07. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $629.81 | ($4500.00 max.) |
| 5% of next 950,000 | $0.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---:|
| TOTAL COMPENSATION ALLOWED | $1,879.81 |
| TOTAL COMPENSATION REQUESTED | $1,000.00 * |

- Due to the limited funds in this Estate, Trustee has agreed to cap his fees at $1,000 to allow a distribution to creditors.

II. TRUSTEE'S EXPENSES

    TOTAL EXPENSES                                                  $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    10/24/2014                                  /s/David R. Herzog
                                                                                    David R. Herzog, Trustee
                                                                                    77 W. Washington Street
                                                                                     Suite 1717
                                                                                    Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **ACTUARIAL HOLDINGS LLC** | ) | **Case No. 09-16464** |
| | ) | |
| | ) | **Hon. Eugene R. Wedoff** |
| **Debtors** | ) | **Bankruptcy Judge** |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation     $1,000.00

2. Trustee's expenses     $0.00

         TOTAL     $1,000.00

DATE:         ENTER:

         EUGENE WEDOFF
         UNITED STATES BANKRUPTCY JUDGE