**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ACTUARIAL HOLDINGS, LLC | ) | No. 09-16464 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 744
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on January 21, 2014 at 10:00 a.m., before the Eugene B. Wedoff, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 744, Chicago, IL 60604.

Date Mailed: _____      By: /s/   David R. Herzog_____
                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 09-16464-ERW
Actuarials Holdings, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mgonzalez      Page 1 of 2      Date Rcvd: Dec 18, 2014
                  Form ID: pdf006      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.
```
db            +Actuarials Holdings, LLC,    550 W Jackson,    Floor 14,    Chicago, IL 60661-5803
13883831      +AT&T Atlanta Etc,    PO Box 5019,    Carol Stream, IL 60197-5019
13883820      +AT&T Newark,    250 South Clinton, 4th Floor,    Syracuse, NY 13202-1866
13883815      +Adam Burczyk,    956 W Willow,    Chicago, IL 60614-5065
13883843      +American STock Excrl,    PO Box 757510,    Philadelphia, PA 19175-7510
13883842      +Aramark,    1851 Howard St,    Elk Grove Village, IL 60007-2480
13883817      +Arthur Raphael,    Teller, Levit and Silvertrust, PC,    11 East Adams Street, Suite 800,
                Chicago, IL 60603-6324
13883822     ++BONDED COLLECTION CORPORATION,    PO BOX 2248,    NORCROSS GA 30091-2248
              (address filed with court: BCC,    29 E Madison Street, Ste 1650,    Chicago, IL 60602-4427)
13883836      +Bandwidth Mgt,    571 N Edgewood,    Woodale, IL 60191-2600
13883826      +Bank of America,    c/o Morgan & Smith,    10 S Wacker Dr #2300,    Chicago Il 60606-7509
13883819       Bloomberg LP,    c/o Vengroff, Williams, and Associates,    PO Box 4155,
                Sarasota, FL 34230-4155
13883837       Cogent Communications,    1015 31st St,    Washington, DC 20017
13883838      +Fed Ex Kinkos CCS,    PO Box 22630,    Cleveland, OH 44122-0630
13883824      +First Associates Ltd,    Regas Frezados, Dallas LLP,    111 W Washington, Ste 1525,
                Chicago, IL 60602-3884
13883821      +Grant Thornton LLP,    Attn: Mikael Mleko,    175 West Jackson Blvd 20th Fl,
                Chicago, IL 60604-2687
13883818      +Greenberg Traurig,    77 Wacker Drive, Suite 2500,    Chicago, IL 60601-1643,
                Attention: John Gibbons
13883834      +Imperial Parking,    200 S Michigan,    Suite 1215,    Chicago, IL 60604-2431
14508986      +Littlefield Holdings LLC,    c/o Cheryl Viviano,    400 N Cranbrool Rd,
                Bloomfield Hills, MI 48301-2608
13883835       NYSE Market,    Box 4006,    PO Box 8500,    Philadelphia, PA 19178-4006
13883823      +Oliver Fajardo Paul Schnieder Jim,    Silverstein, et al contractors,,    c/o Radius IT,
                2S156 Orchard Road,    Wheaton, IL 60189-7332
13883846      +Options Price Reporting Authority,    400 South LaSalle Street 6th Floor,
                Chicago IL 60605-3039
13883839      +Quotemedia, Inc,    17100 Shea Blvd #230,    Fountain Hills, AZ 85268-6745
13883814      +Radius IT Inc,    2S156 Orchard Road,    Wheaton, IL 60189-7332
14425076      +Russell Novak & Co LLP,    Mr Russell Novak,    225 W Illinois Street #300,
                Chicago IL 60654-7927
13883845      +Tech Depot,    PO Box 33074,    Hartford, CT 06150-3074
13883825      +Vedder Price PC,    222 N LaSalle,    Chicago 60601-1104,    Dennis Drehkoff
13883827      +Verizon Business,    PO Box 371355,    Pittsburgh, PA 15250-7355
13883816      +West Loop Associates,    c/o Jones Lang LaSalle Americas (IL),
                550 West Jackson Boulevard, Suite 910,    Chicago, IL 60661-5807
14325323       West Loop Associates LLC,    c/o Jones Lang LaSalle Americas (IL) L.P,
                550 West Jackson Boulevard, Suite 910,    Chicago, IL 60661-5807
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14267172      +E-mail/Text: g17768@att.com Dec 19 2014 01:15:24     AT&T Corp,    c/o James Grudus Esq,
                One AT&T Way Rm#3A218,    Bedminister NJ 07921-2694
13883829      +E-mail/Text: mail@creditdecisions.com Dec 19 2014 01:16:33      Blue Plate Catering,
                c/o Credit Decisions,    95 Randall Street,    Elk Grove Village, IL 60007-1013
13883854      +E-mail/Text: legalcollections@comed.com Dec 19 2014 01:18:52      ComED,    PO Box 6111,
                Carol Stream, IL 60197-6111
13883844      +E-mail/Text: jvolpe@paychex.com Dec 19 2014 01:15:44      Paychex Inc,    PO Box 4482,
                Carol Stream, IL 60197-4482
13883828      +E-mail/Text: brad.lee@xo.com Dec 19 2014 01:18:32      XO Communications,    8851 Sandy Pkwy,
                Sandy, VT 84070-6408
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13883841       Adam Burczyk
13883840       Mike Usiak,    Contractor
13883833       Sprint
13883830     ##+Contactual,    Billing@ Contactual.com,    959 Skway Ste 350,    San Carlos, CA 94070-2719
13883832     ##+Reliance Globalcom,    114 Sansome Street,    11th Floor,    San Francisco, CA 94104-3822
                                                                                 TOTALS: 3, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Dec 18, 2014
                               Form ID: pdf006              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2014 at the address(es) listed below:
              Ann M Bredin    on behalf of Creditor    West Loop Associates, LLC abredin@mpslaw.com,
               dnichols@mpslaw.com
              David R Herzog     drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              Jeffrey L. Gansberg    on behalf of Trustee David R Herzog jgansberg@muchshelist.com,
               nsulak@muchshelist.com
              Martin J Wasserman     on behalf of Trustee David R Herzog mwasserman@carlsondash.com,
               knoonan@carlsondash.com
              Morgan M. Smith    on behalf of Creditor    Bank of America mmsmith@dykema.com,    truckman@dykema.com
              Norman B Newman    on behalf of Trustee David R Herzog nnewman@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert D Nachman     on behalf of Creditor    Bank of America robert.nachman@bfkn.com,
               jean.montgomery@bfkn.com;mark.mackowiak@bfkn.com
                                                                                             TOTAL: 8
```