**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-16464-A |
| | § | |
| Actuarial Holdings, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $100.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,030.67 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $13,424.61 | | |

3) Total gross receipts of $18,955.28 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,500.00 (see **Exhibit 2**), yielded net receipts of $17,455.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,267.40 | $7,267.40 | $7,267.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $12,314.42 | $12,314.42 | $6,157.21 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $888,939.31 | $888,939.31 | $4,030.67 |
| **Total Disbursements** | $0.00 | $908,521.13 | $908,521.13 | $17,455.28 |

4). This case was originally filed under chapter 7 on 05/06/2009. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/12/2016</u>                    By:  <u>/s/ David R. Herzog</u>
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Computer Equipment | 1129-000 | $1,500.00 |
| Computer processing software | 1129-000 | $2,500.00 |
| Copiers, printers, and supplies | 1229-000 | $14,955.28 |
| **TOTAL GROSS RECEIPTS** | | $18,955.28 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Dennis and Lynn Drehkoff | Funds to Third Parties | 8500-002 | $1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,500.00 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| International Sureties | 2300-000 | NA | $1.22 | $1.22 | $1.22 |
| Bank of Texas | 2600-000 | NA | $106.54 | $106.54 | $106.54 |
| Much Shelist, P.C., Attorney for Trustee | 3210-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| Much Shelist P.C., Attorney for Trustee | 3220-000 | NA | $159.64 | $159.64 | $159.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,267.40 | $7,267.40 | $7,267.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Auctioneer fees pursuant to Order dated 8/12/09, | 6610-000 | NA | $6,157.21 | $6,157.21 | $6,157.21 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Auctioneer Chicago Liquidators Services | 6610-000 | NA | $6,157.21 | $6,157.21 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $12,314.42 | $12,314.42 | $6,157.21 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
  NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Blue Plate Catering | 7100-000 | $0.00 | $10,912.00 | $10,912.00 | $55.76 |
| 2 | Quotemedia, Inc | 7100-000 | $0.00 | $1,400.00 | $1,400.00 | $7.15 |
| 3 | AT&T Corp | 7100-000 | $0.00 | $66,798.73 | $66,798.73 | $341.27 |
| 4 | West Loop Associates LLC | 7100-000 | $0.00 | $617,480.26 | $617,480.26 | $3,154.69 |
| 5 | Options Price Reporting Authority | 7100-000 | $0.00 | $63.00 | $63.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 5; Options Price Reporting Authority) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.32 |
| 6 | Grant Thornton LLP | 7100-000 | $0.00 | $64,145.89 | $64,145.89 | $327.72 |
| 7 | Bank of America | 7100-000 | $0.00 | $20,897.43 | $20,897.43 | $106.76 |
| 8 | Adam Burczyk | 7100-000 | $0.00 | $1,150.00 | $1,150.00 | $5.88 |
| 9 | Russell Novak & Co LLP | 7100-000 | $0.00 | $6,092.00 | $6,092.00 | $31.12 |
| 10 | Littlefield Holdings LLC | 7200-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $888,939.31 | $888,939.31 | $4,030.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 09-16464-A | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ACTUARIAL HOLDINGS, LLC | Date Filed (f) or Converted (c): | 05/06/2009 (f) |
| For the Period Ending: | 2/12/2016 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 09/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Computer Equipment | $100,000.00 | $0.00 | | $1,500.00 | FA |
| 2  Books in library room | $100.00 | $0.00 | | $0.00 | FA |
| 3  Computer processing software | Unknown | $2,500.00 | | $2,500.00 | FA |
| 4  Copiers, printers, and supplies | $10,000.00 | $0.00 | | $14,955.28 | FA |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**

$110,100.00    $2,500.00    $18,955.28    $0.00

**Major Activities affecting case closing:**
Agreement with special counsel to accept reduced fees; prepare amended final report and re-submit to UST.

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**   12/31/2013    /s/ DAVID R. HERZOG

                                                                                                                              DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16464-A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | ACTUARIAL HOLDINGS, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6478 | | Checking Acct #: | ******0023 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/6/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2011 | (1) | Dennis and Lynn Drehkoff | Payment for purchase of equipment | 1129-000 | $1,500.00 | | $1,500.00 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.41 | $1,497.59 |
| 03/12/2012 | (3) | Intellectual Investments, LLC | Proceeds for sale of computer software pursuant to Order dated 1/10/12 | 1129-000 | $2,500.00 | | $3,997.59 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.26 | $3,995.33 |
| 03/14/2012 | 101 | International Sureties | Bond Payment | 2300-000 | | $1.22 | $3,994.11 |
| 04/05/2012 | 102 | Dennis and Lynn Drehkoff | Reimbursement of deposit for cancelled purchase | 8500-002 | | $1,500.00 | $2,494.11 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.87 | $2,489.24 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.05 | $2,484.19 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.00 | $2,480.19 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.87 | $2,476.32 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.99 | $2,472.33 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.98 | $2,468.35 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.85 | $2,464.50 |
| 11/02/2012 | | Deal Genius | Net proceeds from auction of equipment pursuant to Order dated 8/12/09 | * | $8,798.07 | | $11,262.57 |
| | {4} | | Gross proceeds from sale of equipment $14,955.28 | 1229-000 | | | $11,262.57 |
| | | | Auctioneer fees pursuant to Order dated 8/12/09 $(6,157.21) | 6610-000 | | | $11,262.57 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.97 | $11,258.60 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $15.71 | $11,242.89 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.10 | $11,224.79 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $18.13 | $11,206.66 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.35 | $11,190.31 |
| 01/21/2015 | 103 | David R. Herzog | Payment final compensation | 2100-000 | | $1,000.00 | $10,190.31 |
| 01/21/2015 | 103 | VOID: David R. Herzog | Voided check - printer error | 2100-003 | | ($1,000.00) | $11,190.31 |
| 01/21/2015 | 104 | Much Shelist | Payment final compensation and expenses | * | | $6,159.64 | $5,030.67 |
| | | | $(6,000.00) | 3210-000 | | | $5,030.67 |
| | | | $(159.64) | 3220-000 | | | $5,030.67 |
| | | | **SUBTOTALS** | | **$12,798.07** | **$7,767.40** | |

| Case No. | 09-16464-A | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | ACTUARIAL HOLDINGS, LLC | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6478 | | | Checking Acct #: | ******0023 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 5/6/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/21/2015 | 104 | VOID: Much Shelist | Voided check - printer error | * | | ($6,159.64) | $11,190.31 |
| | | | $6,000.00 | 3210-003 | | | $11,190.31 |
| | | | $159.64 | 3220-003 | | | $11,190.31 |
| 01/21/2015 | 105 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,000.00 | $10,190.31 |
| 01/21/2015 | 106 | Much Shelist, P.C. | Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $6,000.00 | $4,190.31 |
| 01/21/2015 | 107 | Much Shelist P.C. | Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $159.64 | $4,030.67 |
| 01/21/2015 | 108 | Blue Plate Catering | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $55.76 | $3,974.91 |
| 01/21/2015 | 109 | Quotemedia, Inc | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $7.15 | $3,967.76 |
| 01/21/2015 | 110 | AT&T Corp | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $341.27 | $3,626.49 |
| 01/21/2015 | 111 | West Loop Associates LLC | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $3,154.69 | $471.80 |
| 01/21/2015 | 112 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.32 | $471.48 |
| | | | Claim Amount $(0.32) | 7100-001 | | | $471.48 |
| 01/21/2015 | 113 | Grant Thornton LLP | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $327.72 | $143.76 |
| 01/21/2015 | 114 | Bank of America | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $106.76 | $37.00 |
| 01/21/2015 | 115 | Adam Burczyk | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $5.88 | $31.12 |
| 01/21/2015 | 116 | Russell Novak & Co LLP | Distribution Dividend: 0.51; Account Number: ; | 7100-000 | | $31.12 | $0.00 |
| 07/10/2015 | 112 | STOP PAYMENT: Clerk, US Bankruptcy Court | Small Dividends | 7100-004 | | ($0.32) | $0.32 |
| 07/10/2015 | 113 | STOP PAYMENT: Grant Thornton LLP | Distribution Dividend: 0.51; Account Number: ; | 7100-004 | | ($327.72) | $328.04 |
| 07/10/2015 | 114 | STOP PAYMENT: Bank of America | Distribution Dividend: 0.51; Account Number: ; | 7100-004 | | ($106.76) | $434.80 |
| 07/10/2015 | 115 | STOP PAYMENT: Adam Burczyk | Distribution Dividend: 0.51; Account Number: ; | 7100-004 | | ($5.88) | $440.68 |
| 07/10/2015 | 116 | STOP PAYMENT: Russell Novak & Co LLP | Distribution Dividend: 0.51; Account Number: ; | 7100-004 | | ($31.12) | $471.80 |
| 07/10/2015 | 117 | Clerk, US Bankruptcy Court | Small Dividends | 7100-001 | | $0.32 | $471.48 |
| 07/10/2015 | 118 | Clerk U.S. Bankruptcy Court | Unclaimed funds | * | | $471.48 | $0.00 |
| | | | $(327.72) | 7100-000 | | | $0.00 |
| | | | $(106.76) | 7100-000 | | | $0.00 |
| | | | $(5.88) | 7100-000 | | | $0.00 |
| | | | $(31.12) | 7100-000 | | | $0.00 |
| | | | | SUBTOTALS | $0.00 | $5,030.67 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit 9

| Case No.: | 09-16464-A | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | ACTUARIAL HOLDINGS, LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6478 | Checking Acct #: | ******0023 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 5/6/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   | TOTALS: | | $12,798.07 | $12,798.07 | $0.00 |
|   |   |   | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|   |   |   | Subtotal | | $12,798.07 | $12,798.07 | |
|   |   |   | Less: Payments to debtors | | $0.00 | $0.00 | |
|   |   |   | Net | | $12,798.07 | $12,798.07 | |

| For the period of 5/6/2009 to 2/12/2016 | | For the entire history of the account between 12/19/2011 to 2/12/2016 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $18,955.28 | Total Compensable Receipts: | $18,955.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,955.28 | Total Comp/Non Comp Receipts: | $18,955.28 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $17,455.28 | Total Compensable Disbursements: | $17,455.28 |
| Total Non-Compensable Disbursements: | $1,500.00 | Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $18,955.28 | Total Comp/Non Comp Disbursements: | $18,955.28 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16464-A | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | ACTUARIAL HOLDINGS, LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6478 | | Checking Acct #: | ******0023 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/6/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/12/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $12,798.07 | $12,798.07 | $0.00 |

**For the period of 5/6/2009 to 2/12/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $18,955.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,955.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,455.28 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $18,955.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/06/2009 to 2/12/2016**

| | |
|---|---:|
| Total Compensable Receipts: | $18,955.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,955.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,455.28 |
| Total Non-Compensable Disbursements: | $1,500.00 |
| Total Comp/Non Comp Disbursements: | $18,955.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG